# United States District Court for the Northern District of Illinois

Revised 03/11/2008

Case Number: 08cv1437                    Assigned/Issued By: j. n.

Judge Name: NORGLE                       Designated Magistrate Judge: SCHENKIER

## FEE INFORMATION

Amount Due:   ☑ $350.00    ☐ $39.00    ☐ $5.00
              ☐ IFP        ☐ No Fee    ☐ Other _____
              ☐ $455.00

*(For use by Fiscal Department Only)*

Amount Paid: 350                         Receipt #: 2603484

Date Payment Rec'd: 3-11-08              Fiscal Clerk: J. N.

## ISSUANCES

☑ Summons                                ☐ Alias Summons
☐ Third Party Summons                    ☐ Lis Pendens
☐ Non Wage Garnishment Summons           ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons     _____
☐ Citation to Discover Assets            *(Victim, Against and $ Amount)*
☐ Writ _____                        ☐ Other _____
   *(Type of Writ)*                      *(Type of issuance)*

1  Original and 0 copies on 3-11-08 as to DEFENDANT
                            *(Date)*