AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

TRUSTEES OF THE WILL COUNTY LOCAL 174
CARPENTERS PENSION TRUST FUND AND WILL
COUNTY LOCAL 174 WELFARE FUND,

**SUMMONS IN A CIVIL CASE**

Plaintiffs,

V.

ASSOCIATED INTERIORS, INC., AN ILLINOIS CORPORATION,

Defendant.

CASE NUMBER:

ASSIGNED JUDGE:

**08 C 1437**

DESIGNATED MAGISTRATE JUDGE:

**JUDGE NORGLE
MAGISTRATE JUDGE SCHENKIER**

TO: (Name and address of Defendant)

ASSOCIATED INTERIORS, INC.
C/O ITS REGISTERED AGENT, EILEEN M. MANGONI
9224 MARION AVE.
MORTON GROVE, IL 60053

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Donald D. Schwartz
Philip Brzozowski
Arnold and Kadjan
19 West Jackson Blvd. Suite 300
Chicago, IL 60604
(312) 236-0415

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_(By) DEPUTY CLERK_

March 11, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE MARCH 19, 2008 AT 1:00 PM |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | |
| NAME OF SERVER (PRINT) SCOTT POCIUS | TITLE INVESTIGATOR |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: ASSOCIATED INTERIORS, INC C/O ITS REGISTERED AGENT + PRESIDENT - EILEEN M. MANGONI AT HER RESIDENCE - 9924 MARION AVE, MORTON GROVE, IL 60053. SHE CAN BE DESCRIBED AS A F/W, 50'S IN AGE, REDDISH HAIR, ROUND GLASSES

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/19/08
                  Date

Signature of Server

THE ARGUS AGENCY INC.
1400 RENAISSANCE DR. STE 208
PARK RIDGE IL 60068

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.