Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1437 | **DATE** | 7/31/2008 |
| **CASE TITLE** | TRUSTEES OF THE WILL COUNTY LOCAL 174 CARPENTERS PENSION TRUST FUND vs. ASSOCIATED INTERIORS, INC. | | |

**DOCKET ENTRY TEXT**

Enter Agreed Order of Dismissal Without Prejudice.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | EF |
|---|---|---|---|