HHN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE WILL COUNTY LOCAL 174 CARPENTERS PENSION TRUST FUND and WILL COUNTY LOCAL 174 WELFARE FUND, <br><br> Plaintiffs, <br><br> v. <br><br> ASSOCIATED INTERIORS, INC., an Illinois Corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 08 C 1437 <br> ) <br> ) Judge Norgle <br> ) <br> ) Magistrate Judge Schenkier <br> ) <br> ) <br> ) <br> ) |

## AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS CAUSE coming to be heard upon the agreement of the parties, the Court having determined that the parties have agreed to the entry of an Agreed Order of Dismissal Without Prejudice, as herein set forth:

IT IS HEREBY ORDERED THAT:

1. The Plaintiffs are the Trustees of the Will County Local 174 Carpenters Pension Trust Fund and Will County Local 174 Welfare Fund.

2. Defendant was served with a copy of the Complaint and Summons and consents to the jurisdiction of the Court in this matter.

3. Defendant agrees to pay Plaintiffs, Nine Thousand six hundred and 00/100 dollars ($9,600.00) in resolution of the litigation case number 08 C 1437.

4. Pursuant to both parties' agreement, Defendant shall make an initial payment of six thousand and 00/100 ($6,000) to Plaintiffs by ~~June 30~~ July 14, 2008. The

Defendant agrees to make a final payment of three thousand six hundred and 00/100
($3,600.00) by ~~July 31, 2008~~ KC August 14, 2008.

5. Payments shall be made by check payable to the *Will County Carpenters Distribution Account*, and shall be mailed or delivered to the offices of **ARNOLD AND KADJAN**, 19 West Jackson Boulevard, Chicago, IL 60604-3958, on or before the dates specified above.

6. (a) If Defendant fails to make any installment payments, and to mail or deliver them to the address specified on or before the dates specified, Defendant shall be considered in default.

(b) Upon default, Plaintiffs may immediately move this Court for reinstatement of this action for the purpose of entering judgment in favor of Plaintiffs and against Defendant for the full-unpaid balance due on the agreement and to enforce the agreement. This Court retains jurisdiction of this matter to enforce the terms of this agreement.

7. Subject to the right of Plaintiffs to reinstate this action upon Defendant's default, this action is dismissed without prejudice. This dismissal without prejudice shall not allow Plaintiffs to reopen issues that have been resolved by the parties' agreement and this judgment, except issues relating to Defendant's failure to make payments as required under this agreement.

8. Parties agree that upon final payment by Defendant, this action is dismissed with prejudice.

DATED: 7-21-08

ENTER: *[signature]*
HONORABLE JUDGE NORGLE

ASSOCIATED INTERIORS, INC.

By: *[signature: Kathleen M. Cahill]*
One of Their Attorneys


TRUSTEES OF THE WILL COUNTY LOCAL 174
PENSION TRUST FUND AND WILL COUNTY
LOCAL 174 WEFLARE FUND

By: *[signature: Philip Brzozowski]*
One of Their Attorneys